IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 11-00368-KD |
| TARGET SHIP MANAGEMENT PTE. LTD., PRSTANA TAOHIM, PAYONGYUT VONGVICHUANKUL, and PAKPOOM HANPRAP | : : | |

**ORDER**

A criminal complaint was filed against Prastana Taohim on December 1, 2011; Taohim appeared before Magistrate Judge Sonja Bivins the following day and the case was given a magistrate judge number, *see United States v. Taohim*, Criminal No. 11-mj-0237-B. Counsel for Taohim filed a motion to dismiss the criminal complaint for lack of jurisdiction on December 12, 2011. *See id.*, Doc. 12. When Taohim, and others, were subsequently indicted on December 28, 2011 (Doc. 1), all pleadings in aforementioned 11-mj-0237-B were merged into this case (*see* Docket Sheet). During the status hearing held yesterday's date, counsel for Mr. Taohim indicated that while he did not consider the motion to dismiss moot, in that his client's jurisdictional challenge to the indictment would be much the same as the arguments previously set forth on paper to the Court, he certainly anticipates filing a more "robust" brief on the jurisdictional issue following a ruling on the bill of particulars he filed immediately prior to the hearing (Doc. 43;

1

*compare id. with* Doc. 36 (bill of particulars filed jointly by the remaining defendants)). In light of these comments, defendant Taohim's motion to dismiss the criminal complaint, *see United States v. Taohim*, Criminal No. 11-mj-0237-B, Doc. 12, is **MOOTED,** without prejudice to his ability to file a motion to dismiss the indictment on jurisdictional grounds within the time set by schedule next week following the arraignment of all defendants.[1]

**DONE** and **ORDERED** this the 6th day of January, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court will rule on the motions for bill of particulars filed in this case (Docs. 36 & 43) during the hearing on January 11, 2012, should the defendants remain unsatisfied with the additional information supplied by the Government prior to the hearing.