# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION 11-368-KD-N |
| ) | |
| TARGET SHIP MANAGEMENT PTE, ) | |
| LTD., *et al.*, ) | |
|    Defendants. ) | |

## ORDER

This matter is before the Court on Defendant Target Ship Management Pte, Ltd., Defendant Payongyut Vongvichuankul, and Defendant Pakpoom Hanprap's Joint Motion *in Limine* To Preclude Expert Testimony of Kristy Juaire. (Doc. 124). The Government has opposed the motion (Doc. 151), and Defendants have replied (Doc. 175).

Kristy Juaire is a chemist at the United States Coast Guard's Marine Safety Laboratory. Defendants challenge the use of Juaire's testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993). Daubert requires the Court to ensure that expert testimony is reliable prior to allowing its admission. Id. at 589.

Juaire is expected to testify that samples taken from various locations on the vessel at issue in this case contained mixtures of fuel oil and lubricating oil. Defendants do not challenge Juaire's qualifications or the methodology by which she reached her conclusions. Rather, defendants argue that her testimony is not reliable because she cannot identify the source of the oil, (i.e., whether it was from the machinery space), the concentration of the oil, or for how long the oil had been present in the location found. Defendants summarize that the testimony has no probative value.

1

Defendants' objections to Juaire's testimony are not <u>Daubert</u> objections. Clearly, Defendants are challenging the relevancy of Juaire's testimony in light of the charges against them. However, pursuant to <u>Daubert</u>, the gatekeeping function of the Court is to make sure only scientifically sound evidence is allowed. At this point, there is no indication that Juaire's findings are not reliable. Accordingly, Defendants' motion is **DENIED**.

**DONE** and **ORDERED** this the **25th** day of **April 2012**.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**