# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 11-00368-KD |
| TARGET SHIP MANAGEMENT PTE. LTD., PRASTANA TAOHIM, PAYONGYUT VONGVICHIANKUL, and PAKPOOM HANPRAP | : : | |

## ORDER

This cause is before the undersigned on defendant Target Ship Management's unopposed emergency motion requesting the return of the passports of Joel Atiga, Bernard Penados, Rovell Alcantara, Rosendo Fantilanan, Romeo Torres, Roberto Felizarta, Jonilito Balicog, and Abraham Calma to Norton Lilly, Target's local ship agent, so that these crewmembers can be released by Customs and Border Protection and repatriated to their native Philippines (Doc. 262).[1] Because the face of the motion reflects that the government will offer no opposition and the foregoing individuals have at all times remained in the United States as the government's material witnesses—who counsel for defendant Prastana Taohim cross-examined during his trial and who

---

[1] Although the certificate of service on the motion reflects only that the government's attorneys and those attorneys representing the subject eight crewmembers were served (*see* Doc. 262, at 4-5), this Court's electronic system reveals that all counsel of record were served with Target's emergency motion (*see* Docket Sheet Entry for Document 262).

1

counsel for defendants Payongyut Vongvichiankul and Pakpoom Hanprap no longer have need to cross-examine given their decisions to plead guilty—the unopposed emergency motion (Doc. 262) is **GRANTED**. The Clerk of Court is **DIRECTED** to turn over the passports of the eight detained crewmembers to Target's local shipping agent, Norton Lilly.

**DONE** and **ORDERED** this the 1st day of June, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**